UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Protocol, LLC, a Delaware limited liability company, | FILE NO. 12-CV-00419-RHK-LIB |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Donald Bruce Henderson, Jr., individually and d/b/a Vend South, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Protocol, LLC hereby dismisses its complaint in this action without prejudice.

Dated: May 10, 2012

*/s/Susan E. Tegt*
James M. Susag (261038)
Susan E. Tegt (387976)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota  55431-1194
(952) 835-3800

Attorneys for Plaintiff Protocol, LLC

1401749.1